```
                                          F I L E D
                                    CLERK, U.S. DISTRICT COURT

                                         12/15/2020

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY: _____eva_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>STEVEN LOPEZ,<br><br>      Defendant. | No.  8:20-cr-00194-ODW<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 666(a)(1)(B): Bribery in Program Receiving Federal Funds] |

The United States Attorney charges:

[18 U.S.C. § 666(a)(1)(B)]

From in or around August 2019 to on or about November 19, 2020, in Orange County, within the Central District of California, defendant STEVEN LOPEZ, a police officer and an agent of the Santa Ana Police Department, a local government agency that received in any one-year period, including in calendar years 2019 and 2020, benefits in excess of $10,000 under a federal program involving a grant and other assistance, corruptly solicited and demanded for the benefit of a person, and accepted and agreed to accept something of value from a person, intending to be influenced and rewarded in connection with a business, transaction, and series of transactions of the Santa Ana Police Department having a value of $5,000 or more. Specifically,

defendant LOPEZ solicited, demanded, and agreed to accept a bribe payment of approximately $128,000 from a person, intending to be influenced and rewarded in connection with taking official action to protect the person's illegal enterprise from law enforcement activity.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

DANIEL H. AHN
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

DANIEL S. LIM
Assistant United States Attorney
Santa Ana Branch Office